# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | * CR 116-076 |
| JACEYON EVANS, aka CURTIS WILSON, | * |
| Defendant. | * |

# O R D E R

Presently before the Court is the Government's Motion to Amend Indictment. (Doc. 40). The Government requests an order to change Defendant's name from Jaceyon Evans to Curtis Wilson. The Government states that Jaceyon Evans is an alias and that Defendant admitted at his Initial Appearance and Arraignment that his real name was Curtis Evans.

Federal Courts may amend indictments to correct "'minor and technical deficiencies which do not prejudice the accused.'" Russel v. United States, 369 U.S. 749, 763 (1962)(quoting Smith v. United States, 360 U.S. 1, 9 (1959)). This includes amending indictments to reflect a defendant's true name when he used an alias at the time of the indictment. U.S. v. Canty, 971 F.Supp. 687, 689 (1997). Because the alias used by the Government reflected the true identity of the Defendant, and amending the

indictment to reflect Defendant's legal name will not prejudice Defendant, the Court **GRANTS** the Government's motion (doc. 40) and **ORDERS** the **CLERK** to amend the indictment accordingly.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA